O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARGARITO VILLASENOR, | ) CASE NO. ED CV 08-0330-CAS (PJW) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ROY J. CAPUTO, et al., | |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions, except that it deletes the term "strike" at page 8, line 7, and substitutes the words "dismissal of a civil action" therefor, and deletes the word "strikes" at page 8, line 8, and substitutes the words "civil actions" therefor.

DATED:    March 9, 2009.

/s/ Christina A. Snyder
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\ED08CV00330CASPJW-O.wpd