JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARITO VILLASENOR, | ) | Case No. ED CV 08-0330-CAS (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| ROY J. CAPUTO, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: March 9, 2009.

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\ED08CV00330CASPJW-J.wpd